# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:  Michael E Lacey | ) | Chapter 13 |
| | ) | Case No. 17 B 30769 |
| Debtor(s) | ) | Judge Deborah L. Thorne |

## Notice of Motion

Michael E Lacey
8855 Cottage Grove Ave Apt 1E
Chicago, IL  60619

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On August 07, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 613
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, July 31, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On October 13, 2017, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on April 18, 2018, for a term of 36 months with payments of $100.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 21 | $6,320.00 | $3,266.32 | $3,053.68 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 07/31/2019
Due Each Month: $100.00
Next Pymt Due: 08/12/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 08/24/2018 | 3842 | $23.08 | 08/28/2018 | 3782 | $23.08 |
| 10/26/2018 | 909683 | $50.00 | 11/13/2018 | 909682 | $66.00 |
| 01/07/2019 | 915500 | $100.00 | 01/31/2019 | 774608 | $230.00 |
| 01/31/2019 | 671496 | $100.00 | 03/08/2019 | 776816 | $101.00 |
| 04/12/2019 | 778717 | $100.00 | 05/02/2019 | 779230 | $1,200.00 |
| 05/21/2019 | 1199341 | $100.00 | 06/14/2019 | 1513257 | $100.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE