## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17-30769 |
| | ) | |
| **MICHAEL LACEY,** | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Judge: THORNE |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his or her stead at 219 S. Dearborn Street, Chicago, IL 60604, and in the following courtroom (or any other place posted), and present the attached **Motion to Modify Chapter 13 Plan,** at which time and place you may appear.

| | |
|---|---|
| JUDGE: | THORNE |
| ROOM: | 613 |
| DATE: | November 27, 2019 |
| TIME: | 9:30 AM |

## PROOF OF SERVICE

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, on or before October 29, 2019, at 5:30 p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

DATE OF SERVICE: <u>October 29, 2019</u>     <u>/s/ Robert C. Bansfield Jr.</u>
                                              Robert C. Bansfield Jr., A.R.D.C. #6329415

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
(847) 520-8100

*To the following persons or entities who have been served via U.S. Mail*:

Michael Lacey
8855 Cottage Grove Ave. Apt. 1E
Chicago, IL 60619

City Of Chicago Department of Finance
C/O Arnold Scott Harris P.C.
111 W Jackson Blvd Suite 600
Chicago, IL 60604

US Department of Education
PO Box 16448
St. Paul, MN 55116-0448

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | 17-30769 |
| | ) | |
| **MICHAEL LACEY,** | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Judge: THORNE |

**MOTION TO MODIFY CHAPTER 13 PLAN**

NOW COMES the Debtor, **MICHAEL LACEY**, by and through his attorneys, David M. Siegel & Assoc., LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois Eastern Division.

2) Debtor filed a petition for relief under Chapter 13 of Title 11 USC on October 13, 2017.

3) The current plan requires payments of $100.00 per month for a term of least 36 months, with General Unsecured Creditors receiving not less than 10% of allowed claims.

4) Debtor is currently in default for failure to turnover his 2018 tax refund obligation as required by his Chapter 13 Plan.

5) A portion of Debtor's refund was withheld by the Internal Revenue Service for tax debt Debtor owed to them. In addition, the Debtor paid $1,200.00 of his refund over to the Trustee. Debtor used the remaining amount to get caught up on expenses he was behind on.

6) Debtor seeks to modify his plan under 11 U.S.C. § 1329 and defer the current default in plan payments to the end of the plan.

7) The plan will complete within 60 months if the Debtor's motion is granted and unsecured creditors will still receive no less than 10% of their allowed claims.

8) Debtor requests the above relief without any intent to defraud his creditors.

WHEREFORE, the Debtor, MICHAEL LACEY, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Robert C. Bansfield Jr.
Robert C. Bansfield Jr., A.R.D.C. #6329415
Attorney for the Debtor

David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100