UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                                              )          BK No.:   17-30769
Michael E Lacey                                              )
                                                                       )
                                                                       )          Chapter: 13
                                                                       )          Honorable Deborah L. Thorne
                                                                       )
                                                                       )
              Debtor(s)                                        )

**Order Dismissing Case for Failure to Make Plan Payments**

The Court having heard the facts finds that the debtor is in material default.

ORDERED: The case is dismissed for material default pursuant to 11 U.S.C. Section 1307 [c][6].

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  November 27, 2019

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee

Marilyn O. Marshall

Suite 800

224 South Michigan Avenue

Chicago, IL 60604-2500

(312) 431-1300